WADE LIPPMAN et al., Individually and on Behalf of DESPATCH INDUSTRIES, INC., Formerly Known as BRAINERD MANUFACTURING COMPANY, Appellants, v ALAN SHAFFER et al., Respondents. [812 NYS2d 918]—Appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered June 25, 2004. The order, insofar as appealed from, granted defendants' motion for summary judgment dismissing the second, third and fourth causes of action.

Now, upon reading and filing the stipulation discontinuing appeal signed by the attorneys for the parties on March 6 and 7, 2006.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs upon stipulation. Present—Pigott, Jr., P.J., Scudder, Kehoe, Green and Hayes, JJ.

LE ROI C. JOHNSON, Respondent, v CASSANDRA E. DAVIS et al., Appellants, et al., Defendants. [813 NYS2d 689]—Appeal from an order of the Supreme Court, Erie County (Edward A. Rath, Jr., J.), entered November 8, 2000. The order, among other things, vacated the stipulation dismissing plaintiff's foreclosure action against defendants and reinstated plaintiff's mortgage interest in the property located at 104 Chapin Parkway, Buffalo.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Scudder, Kehoe and Hayes, JJ.